IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

|  |  |  |
|---|---|---|
|  | ) | Case No. 19-61646 |
|  | ) | Chapter 7 |
| LEON VIRGIL GRIFFITH | ) | Judge Russ Kendig |
| Debtor | ) |  |

NO EMPLOYEE INCOME RECORDS

    Now comes Jennifer L. Bergert, Attorney for Debtor, Leon Virgil Griffith, and hereby states that Debtor's only sources of income are VA Benefits and Social Security benefits, and therefore he has no employee income records for the past 60 days.
    .

                                       Respectfully Submitted,

                                       /s/ Jennifer L Bergert
                                       Jennifer L. Bergert (#0073293)
                                       116 Cleveland Ave. N.W., Suite 709,
                                       Canton, Ohio 44702
                                       330-639-4540
                                       jennifer@jsbergertlaw.com

CERTIFICATE OF SERVICE

    I, Jennifer L. Bergert, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about this August 26, 2019, to the following who are listed on the Court's Electronic Mail Notice List:

- Lisa M. Barbacci, Trustee barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com
- United States Trustee    (Registered address)@usdoj.gov

                                       /s/ Jennifer L. Bergert
                                       Jennifer L. Bergert