Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 19–61745–rk**

**In re:**
Leon Virgil Griffith
603 15th Street NE
Canton, OH 44714–2505

**Social Security No.:**
xxx–xx–8110

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Lisa M. Barbacci, Trustee – Canton is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 3, 2020
Form ohnb136a

/s/ Russ Kendig
United States Bankruptcy Judge